# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-41722
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 20, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN CASTRO-CASTRO, also known as Jorge Castro-Valdes, also known as Jorge Castro-Valdez, also known as Juan Jose Rivera-Castro,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:15-CR-661-1

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Juan Castro-Castro raises an argument that is foreclosed by *United States v. Gonzalez-Longoria*, 831 F.3d 670, 672 (5th Cir. 2016) (en banc), *petition for cert. filed* (Sept. 29, 2016) (No. 16-6259). In *Gonzalez-Longoria*, we held that 18 U.S.C. § 16(b), which defines a crime of violence when incorporated by reference into U.S.S.G. § 2L1.2(b)(1)(C), is not unconstitutionally vague on its face in light of *Johnson*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-41722

*v. United States*, 135 S. Ct. 2551 (2015).  Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time in which to file a brief is DENIED, and the judgment of the district court is AFFIRMED.